Robert G. Shepherd, Esq. (RGS-5946)
Brooks R. Bruneau, Esq. (BRB-5523)
Kristine L. Butler, Esq. (KLB-2492)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ  08540-3674
(609) 924-8555 Telephone
(609) 924-3036 Facsimile

Darrell L. Olson, Esq.
William R. Zimmerman, Esq.
Joseph M. Reisman, Esq.
Thomas P. Krzeminski, Esq.
Erik T. Anderson, Esq.
KNOBBE, MARTENS, OLSON & BEAR LLP
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550 Telephone
(619) 235-0176 Facsimile

Attorneys for Defendants/Counterclaimants
Ranbaxy Laboratories Limited and Ranbaxy Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROCHE PALO ALTO LLC, | ) Civil Action No. 06-2003 (FLW) (TJB) |
| Plaintiff/Counterdefendant, | ) |
| v. | ) Hon. Freda L. Wolfson, U.S.D.J. |
| | ) Hon. Tonianne J. Bongiovanni, U.S.M.J. |
| RANBAXY LABORATORIES LIMITED and RANBAXY INC., | ) Motion Returnable: June 30, 2008 |
| Defendants/Counterclaimants. | ) ELECTRONICALLY FILED |

**NOTICE OF MOTION *IN LIMINE* (NO.1) TO EXCLUDE CERTAIN TESTIMONY
FROM ROCHE'S EXPERT DR. JAN-OLAV HENCK**

To:

**Sheila F. McShane**
**GIBBONS P.C.**
**One Gateway Center**
**Newark, NJ 07102-5310**

**PLEASE TAKE NOTICE** that on June 30, 2008 or on a date to be set by the Court, attorneys for Defendants/Counterclaimants Ranbaxy Laboratories Limited and Ranbaxy Inc. (collectively, "Ranbaxy"), shall move before the Honorable Freda L. Wolfson, U.S.D.J., in the United States District Court for the District of New Jersey, 402 E. State Street, Trenton, New Jersey, for an Order to Exclude Certain Testimony from Roche's Expert Dr. Jan-Olav Henck.

**PLEASE TAKE FURTHER NOTICE** that Ranbaxy shall rely upon the accompanying memorandum in support of its Motion *in Limine* with the supporting Declaration of Robert G. Shepherd, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting Ranbaxy's Motion *in Limine* (No. 1) to exclude certain testimony from Dr. Jan-Olav Henck. is included with the Notice.

**PLEASE TAKE FURTHER NOTICE** that Ranbaxy respectfully requests oral argument in the event this Motion is contested.

      Respectfully submitted,

      MATHEWS, SHEPHERD, McKAY & BRUNEAU P.A.

Dated: June 2, 2008      By: s/Robert G. Shepherd
      Robert G. Shepherd, Esq. (RGS-5946)
      Brooks R. Bruneau, Esq. (BRB-5523)
      Kristine L. Butler, Esq. (KLB-2492)
      MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
      29 Thanet Road, Suite 201
      Princeton, NJ  08540
      (609) 924-8555 Telephone
      (609) 924-3036 Facsimile

        Darrell L. Olson, Esq.
William R. Zimmerman, Esq.
Joseph M. Reisman, Esq.
Thomas P. Krzeminski, Esq.
Erik T. Anderson, Esq.
KNOBBE, MARTENS, OLSON & BEAR LLP
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550 Telephone
(619) 235-0176 Facsimile

Attorneys for Defendants/Counterclaimants
Ranbaxy Laboratories Limited and Ranbaxy Inc.