UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

TRENTON OFFICE:

December 1, 2008
DATE OF PROCEEDINGS

JUDGE FREDA L. WOLFSON

COURT REPORTER:  VINCENT RUSSONIELLO

Docket #   CIV  06-2003(FLW)

TITLE OF CASE:
ROCHE PALO ALTO, LLC.  et al.
    Plaintiff(s)
  v.
RANBAXY LABORATORIES, LIMITED
    Defendant(s)

APPEARANCES:
Tony Pezzano, Esq., Michael Dougherty, Sheila McShane, Esq. & Bart Verdirame, Esq. for Plaintiffs
William Zimmerman, Esq., Robert Shepherd, Esq., Thomas Krzeminski, Esq. Erik Anderson, Joseph Jennings, Esq., and Joseph Reisman, Esq. for Defendant

NATURE OF PROCEEDINGS:           TRIAL
Trial w/o jury moved before the Honorable Freda L. Wolfson
Tony Pezzano, Esq. opens for plaintiff
Bill Zimmerman, Esq. opens for defendant
Brian Lesser     SWORN     for plaintiff.
Dr. William Lawrence Drew    SWORN     for plaintiff.
lunch break 1:00 p.m. to 2:00 p.m.
Continued with Dr. William Lawrence Drew on Direct.
Dr. Louis Wong    SWORN    for  plaintiff.
John Marangio     SWORN     for  plaintiff.


Trial w/o jury adjourned until December 2, 2008 at 9:30 a.m.


Adjourned to:_____   Time commenced:   10:00 A.M.      Time Adjourned:   4:15 P.M..


                                              s/ *Jacqueline Gore*
                                              DEPUTY CLERK

cc: Chambers