UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

TRENTON OFFICE:

December 2, 2008
DATE OF PROCEEDINGS

JUDGE FREDA L. WOLFSON

COURT REPORTER: VINCENT RUSSONIELLO

Docket #   CIV  06-2003(FLW)

TITLE OF CASE:
ROCHE PALO ALTO, LLC.  et al.
    Plaintiff(s)
  v.
RANBAXY LABORATORIES, LIMITED
    Defendant(s)

APPEARANCES:
Tony Pezzano, Esq., Michael Dougherty, Sheila McShane, Esq. & Bart Verdirame, Esq. for Plaintiffs
William Zimmerman, Esq., Robert Shepherd, Esq., Thomas Krzeminski, Esq. Erik Anderson, Joseph Jennings, Esq., and Joseph Reisman, Esq. for Defendant

NATURE OF PROCEEDINGS:           TRIAL
Trial w/o jury continued before the Honorable Freda L. Wolfson

Video Deposition testimony of Chandra Khanduri played by Vinny Lee for plaintiff.
Video Deposition testimony of Shalender Gutta played by Vinny Lee for plaintiff.
Video Deposition testimony of Mukesh Sharma played by Vinny Lee for plaintiff.
Video Deposition testimony of T.G. Chandrashekar playbed by Vinny Lee for plaintiff.
Video Deposition testimony of Nidhi Singh played by Vinny Lee for plaintiff.
Video Deposition testimony of Romi Singh played by Vinny Lee for plaintiff.
Video Deposition testimony of Rajeev Mathur played by Vinny Lee for plaintiff.
Dr. Mark Feldman    SWORN    for    Plaintiff.
Dr. Jan-Olav Henck  SWORN    for    Plaintiff.
lunch break 1:00 p.m. - 2:00 p.m.
Continued with Dr. Jan Olav-Henck on Direct.

Trial w/o jury adjourned until December 3, 2008 at 9:30 a.m.

Adjourned to:_____   Time commenced:  9:30 A.M.   Time Adjourned:  4:30 P.M..

s/ *Jacqueline Gore*
DEPUTY CLERK

cc: Chambers