UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

|  |  |
|---|---|
| TRENTON OFFICE: | December 3, 2008 |
|  | DATE OF PROCEEDINGS |

JUDGE FREDA L. WOLFSON

COURT REPORTER:  VINCENT RUSSONIELLO

Docket #   CIV  06-2003(FLW)

TITLE OF CASE:
ROCHE PALO ALTO, LLC.  et al.
    Plaintiff(s)
  v.
RANBAXY LABORATORIES, LIMITED
    Defendant(s)

APPEARANCES:
Tony Pezzano, Esq., Michael Dougherty, Sheila McShane, Esq. & Bart Verdirame, Esq. for Plaintiffs
William Zimmerman, Esq., Robert Shepherd, Esq., Thomas Krzeminski, Esq. Erik Anderson, Joseph Jennings, Esq., and Joseph Reisman, Esq. for Defendant

NATURE OF PROCEEDINGS:              TRIAL
Trial w/o jury continued before the Honorable Freda L. Wolfson

Continued with Dr. Jan Olav-Henck on Direct/Cross.
lunch break 12:45 p.m. - 2:00 p.m.
Continued with Dr. Jan Olav-Henck on Cross.
Plaintiff Rests.
Motion by defts. for Judgment on Partial Findings pursuant to Rule 52C.
Court Ordered Motion is Denied.
Trial w/o jury adjourned until December 4, 2008 at 9:30 a.m.


Adjourned to:_____   Time commenced:  9:30 A.M.    Time Adjourned:  4:45 P.M..


                                    s/ *Jacqueline Gore*
                                    DEPUTY CLERK


cc: Chambers