UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

TRENTON OFFICE:

December 4, 2008
DATE OF PROCEEDINGS

JUDGE FREDA L. WOLFSON

COURT REPORTER:  VINCENT RUSSONIELLO

Docket #   CIV  06-2003(FLW)

TITLE OF CASE:
ROCHE PALO ALTO, LLC.  et al.
    Plaintiff(s)
  v.
RANBAXY LABORATORIES, LIMITED
    Defendant(s)

APPEARANCES:
Tony Pezzano, Esq., Michael Dougherty, Sheila McShane, Esq. & Bart Verdirame, Esq. for Plaintiffs
William Zimmerman, Esq., Robert Shepherd, Esq., Thomas Krzeminski, Esq. Erik Anderson, Joseph Jennings, Esq., Joseph Reisman, Esq. Christy Lea, Esq. and Darrell Olson, Esq. for Defendant

NATURE OF PROCEEDINGS:        TRIAL
Trial w/o jury continued before the Honorable Freda L. Wolfson

Chandra Has Khanduri    SWORN    for    Defendant.
lunch 12:30 p.m. - 1:30 p.m.
Romi Singh    SWORN    for    Defendant.

Trial w/o jury adjourned until December 8, 2008 at 9:30 a.m.

Adjourned to: _____ Time commenced:  9:30 A.M.    Time Adjourned:  4:00 P.M.

                        s/ *Jacqueline Gore*
                        DEPUTY CLERK

cc: Chambers