UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

TRENTON OFFICE:

December 9, 2008
DATE OF PROCEEDINGS

JUDGE FREDA L. WOLFSON

COURT REPORTER: VINCENT RUSSONIELLO

Docket # CIV 06-2003(FLW)

TITLE OF CASE:
ROCHE PALO ALTO, LLC. et al.
    Plaintiff(s)
  v.
RANBAXY LABORATORIES, LIMITED
    Defendant(s)

APPEARANCES:
Tony Pezzano, Esq., Michael Dougherty, Sheila McShane, Esq. & Bart Verdirame, Esq. for Plaintiffs
William Zimmerman, Esq., Robert Shepherd, Esq., Thomas Krzeminski, Esq. Erik Anderson, Joseph Jennings, Esq., Joseph Reisman, Esq. and Darrell Olson, Esq. for Defendant.

NATURE OF PROCEEDINGS:    TRIAL
Trial w/o jury continued before the Honorable Freda L. Wolfson

Dr. Robin Rogers  SWORN  for  Defendant.
lunch break 1:00 p.m. to 2:00 p.m.
Continued with Dr. Robin Rogers on Direct/Cross/Re-Direct.


Trial w/o jury adjourned until December 10, 2008 at 10:00 a.m.


Adjourned to: _____ Time commenced: 9:30 A.M.    Time Adjourned: 5:15 P.M.


                                            s/ *Jacqueline Gore*
                                            DEPUTY CLERK

cc: Chambers