UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

|  |  |
|---|---|
| TRENTON OFFICE: | December 10, 2008<br>DATE OF PROCEEDINGS |

JUDGE FREDA L. WOLFSON

COURT REPORTER:  VINCENT RUSSONIELLO

Docket #   CIV  06-2003(FLW)

TITLE OF CASE:
ROCHE PALO ALTO, LLC.  et al.
        Plaintiff(s)
    v.
RANBAXY LABORATORIES, LIMITED
        Defendant(s)

APPEARANCES:
Tony Pezzano, Esq., Michael Dougherty, Sheila McShane, Esq. & Bart Verdirame, Esq. for Plaintiffs
William Zimmerman, Esq., Robert Shepherd, Esq., Thomas Krzeminski, Esq. Erik Anderson, Joseph Jennings, Esq., Joseph Reisman, Esq. and Darrell Olson, Esq. for Defendant.

NATURE OF PROCEEDINGS:            TRIAL
Trial w/o jury continued before the Honorable Freda L. Wolfson

Dr. Jeremy Cockcroft   SWORN   for   Defendant.
lunch break 12:45 p.m. - 2:00 p.m.
Dr. Thomas Needham   SWORN   for   Defendant.
Video Deposition of Paul Fatheree played by Eric Anderson, Esq. for Defendant.
Video Deposition of Charles Dvorak played by Eric Anderson, Esq. for Defendant.
Video Deposition of John Nestor played by Eric Anderson, Esq. for Defendant.
Video Deposition of Hans Maag played by Eric Anderson, Esq. for Defendant.
Video Deposition of Scott Womble played by Eric Anderson, Esq. for Defendant.
Dr. George Gokel   SWORN   for   Defendant.


Trial w/o jury adjourned until December 15, 2008 at 9:30 a.m.


Adjourned to:_____ Time commenced:  <u>10:45 A.M.</u>     Time Adjourned:  <u>5:00 P.M.</u>


s/ *Jacqueline Gore*
DEPUTY CLERK


cc: Chambers