Robert G. Shepherd, Esq. (RGS-5946)
Brooks R. Bruneau, Esq. (BRB-5523)
Kristine L. Butler, Esq. (KLB-2492)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ  08540
(609) 924-8555 Telephone
(609) 924-3036 Facsimile

Darrell L. Olson, Esq.
Joseph F. Jennings, Esq.
William R. Zimmerman, Esq.
Joseph M. Reisman, Esq.
Thomas P. Krzeminski, Esq.
Erik T. Anderson, Esq.
KNOBBE, MARTENS, OLSON & BEAR LLP
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550 Telephone
(619) 235-0176 Facsimile

Attorneys for Defendants/Counterclaimants
Ranbaxy Laboratories Limited and Ranbaxy Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROCHE PALO ALTO LLC, | Civil Action No. 06-2003 (FLW) (TJB) |
| Plaintiff/Counterdefendant, | Judge Freda L. Wolfson |
| v. | |
| RANBAXY LABORATORIES LIMITED and RANBAXY INC., | **DECLARATION OF ROBERT G. SHEPHERD REGARDING RANBAXY'S RESPONSIVE BENCH MEMORANDUM, RESPONDING TO ROCHE'S BENCH MEMORANDUM ON OBJECTIVE EVIDENCE OF NONOBVIOUSNESS** |
| Defendants/Counterclaimants. | |
| | *Trial Date*:  December 1, 2008 |

1. I am a partner at the law firm of Mathews, Shepherd, McKay & Bruneau, P.A., and am one of the attorneys of record for Defendants-Counterclaimants Ranbaxy Pharmaceuticals Inc. and Ranbaxy Laboratories Limited (collectively "Ranbaxy") in this matter. As such, I have personal knowledge of the matters set forth herein and, if called to testify, I could and would competently testify thereto.

2. I submit this Declaration stating that Ranbaxy's Responsive Bench Memorandum Responding to Roche's Bench Memorandum on Objective Evidence of Nonobviousness was hand delivered to Judge Wolfson today and hereby electronically filed as Exhibit 1 to my declaration.

Respectfully submitted,

Dated: December 15, 2008

By: s/Robert G. Shepherd
Robert G. Shepherd, Esq. (RGS-5946)
Brooks R. Bruneau, Esq. (BRB-5523)
Kristine L. Butler, Esq. (KLB-2492)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ  08540
(609) 924-8555 Telephone
(609) 924-3036 Facsimile

Darrell L. Olson, Esq.
Joseph F. Jennings, Esq.
William R. Zimmerman, Esq.
Joseph M. Reisman, Esq.
Thomas P. Krzeminski, Esq.
Erik T. Anderson, Esq.
KNOBBE, MARTENS, OLSON & BEAR LLP
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550 Telephone
(619) 235-0176 Facsimile

Attorneys for Defendants/Counterclaimants
Ranbaxy Laboratories Limited and Ranbaxy Inc.