UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

TRENTON OFFICE:

December 15, 2008
DATE OF PROCEEDINGS

JUDGE FREDA L. WOLFSON

COURT REPORTER: VINCENT RUSSONIELLO

Docket #   CIV  06-2003(FLW)

TITLE OF CASE:
ROCHE PALO ALTO, LLC.  et al.
    Plaintiff(s)
  v.
RANBAXY LABORATORIES, LIMITED
    Defendant(s)

APPEARANCES:
Tony Pezzano, Esq., Michael Dougherty, Sheila McShane, Esq. & Bart Verdirame, Esq. for Plaintiffs
William Zimmerman, Esq., Robert Shepherd, Esq., Thomas Krzeminski, Esq. Erik Anderson, Joseph Jennings, Esq., Joseph Reisman, Esq. and Darrell Olson, Esq. for Defendant.

NATURE OF PROCEEDINGS:        TRIAL
Trial w/o jury continued before the Honorable Freda L. Wolfson

Dr. George Gokel    RESUMED    for    Defendant.
lunch break 12:50 p.m. to 2:00 p.m.
Continued with Dr. George Gokel on Direct/Cross/Re-Direct/Re-Cross.
Michael Tate    SWORN    for    Defendant

Trial w/o jury adjourned until December 17, 2008 at 10:00 a.m.

Adjourned to: _____   Time commenced:  9:30  A.M.    Time Adjourned:  4:30 P.M.

s/ *Jacqueline Gore*
DEPUTY CLERK

cc: Chambers