UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

TRENTON OFFICE:

December 17, 2008
DATE OF PROCEEDINGS

JUDGE FREDA L. WOLFSON

COURT REPORTER:  VINCENT RUSSONIELLO

Docket #   CIV  06-2003(FLW)

TITLE OF CASE:
ROCHE PALO ALTO, LLC.  et al.
    Plaintiff(s)
  v.
RANBAXY LABORATORIES, LIMITED
    Defendant(s)

APPEARANCES:
Tony Pezzano, Esq., Michael Dougherty, Sheila McShane, Esq. & Bart Verdirame, Esq. for Plaintiffs
William Zimmerman, Esq., Robert Shepherd, Esq., Thomas Krzeminski, Esq. Erik Anderson, Joseph Jennings, Esq., Joseph Reisman, Esq. and Darrell Olson, Esq. for Defendant.

NATURE OF PROCEEDINGS:          TRIAL
Trial w/o jury continued before the Honorable Freda L. Wolfson

Dr. Kenneth Sloan     SWORN     for     Defendant
DEFENDANT RESTS
Plaintiff Rebuttal.
Lester Mitscher       SWORN     for     Plaintiff
lunch break 1:00 p.m. - 2:00 p.m.
Continued with Lester Mitscher on Direct/Cross/Re-Direct-Re-Cross.
Henry Grabowski       SWORN     for     Plaintiff.


Trial w/o jury adjourned until December 22, 2008 at 9:00 a.m.


Adjourned to: _____   Time commenced:  10:00  A.M.     Time Adjourned:  5:00 P.M.


                                      s/ *Jacqueline Gore*
                                      DEPUTY CLERK

cc: Chambers