UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

No. 08-4047

Roche Palo Alto LLC v. Ranbaxy Laboratories Limited,

(D. NJ No. 3-06-cv-02003)

**O R D E R**

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed or file the necessary motions and documents pursuant to 28 U.S.C. Sections 1915(b) and (g). It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

PSD/cc:    Mr. Jonathan Lee Riches
           Mr. William T Walsh, Clerk

Dated:  April 26, 2010

**A True Copy**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.