NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1056, -1101

ROCHE PALO ALTO LLC,

Plaintiff-Appellant,

v.

RANBAXY LABORATORIES LIMITED and RANBAXY, INC.,

Defendants-Cross Appellants.

Appeals from the United States District Court for the District of New Jersey in case no. 06-CV-2003, Judge Freda L. Wolfson.

ON MOTION

ORDER

Upon consideration of the parties' joint motion to remand this case, Roche Palo Alto LLC v. Ranbaxy Laboratories Limited and Ranbaxy, Inc., to the United States District Court for the District of New Jersey, case no. 06-CV-2003, for further proceedings consistent with the settlement agreement reached by the parties, and specifically to allow the District Court to consider granting the parties' motion for vacatur,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

AUG 2 4 2010
Date

Jan Horbaly
Clerk

cc: Tony V. Pezzano, Esq.
     William R. Zimmerman, Esq.

m2

ISSUED AS A MANDATE: ___AUG 2 4 2010_____

> CERTIFIED COPY
> I HEREBY CERTIFY THIS DOCUMENT
> IS A TRUE AND CORRECT COPY
> OF THE ORIGINAL ON FILE.
>
> UNITED STATES COURT OF APPEALS
> FOR THE FEDERAL CIRCUIT
>
> By: _l. Weems_   Date: _8/24/2010_

**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**HOWARD T. MARKEY NATIONAL COURTS BUILDING**
**717 MADISON PLACE, N.W.**
**WASHINGTON, DC 20439**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

United States District Court
District of New Jersey
2020 Fisher Fed Bldg & U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507